UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANEZ DEMSAR, Individually and on Behalf of All Other Persons Similarly Situated,<br>         Plaintiff(s),<br><br>v.<br><br>CORPORATE RESOURCE SERVICES, INC., JOHN P. MESSINA, SR., MICHAEL J. GOLDE, JOSEPH CASSERA, ROBERT CASSERA, JAMES ALTUCHER, JAMES FOLEY, KAREN AMATO, THOMAS J. CLARKE, JR., LARRY MELBY, and SYLVAN HOLZER,<br>         Defendants. | Case No. 1:15-cv-01632-ER |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Francis P. McConville will no longer be associated with Pomerantz LLP as of April 22, 2015 and should be removed from the Court's service list with respect to the above referenced action. Pomerantz LLP continues to serve as counsel for Plaintiff Janez Demsar and as proposed Lead Counsel in this action, and all future correspondence and papers in this action should continue to be directed to them.

Dated: April 22, 2015         Respectfully submitted,

                     **POMERANTZ LLP**

                     */s/ Francis P. McConville*
                     Francis P. McConville
                     600 Third Avenue, 20th Floor
                     New York, New York 10016
                     Telephone: (212) 661-1100
                     Facsimile: (212) 661-8665
                     Email: fmcconville@pomlaw.com