UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANEZ DEMSAR, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CORPORATE RESOURCE SERVICES, INC., JOHN P. MESSINA, SR., MICHAEL J. GOLDE, JOSEPH CASSERA, ROBERT CASSERA, JAMES ALTUCHER, JAMES FOLEY, KAREN AMATO, THOMAS J. CLARKE, JR., LARRY MELBY, and SYLVAN HOLZER,<br><br>Defendants. | Case No.: 1:15-cv-01632-ER |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Janez Demsar ("Plaintiff") hereby voluntarily dismisses this action, *Demsar v. Corporate Resources Services, Inc., et al.*, 15-cv-01632-ER, brought before the United States District Court for the Southern District of New York, without prejudice, as to all defendants. As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss to Plaintiff's action.

Dated:  May 1, 2015

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:   (212) 661-8665
Email:  jalieberman@pomlaw.com

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

***Attorneys for Plaintiff***